# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**HENRY K. RITCHIE,**

      Plaintiff,

                                        **CASE NO.    3:11-cv-064**

**-vs-**

                                        **Judge Timothy S. Black**
                                        **Magistrate Judge Michael R. Merz**

**COMMISSIONER OF SOCIAL SECURITY,**

      Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

      **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

      **[X ]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

      **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the Magistrate Judge (Doc. 13) is **ADOPTED**, the Commissioner's decision that the Plaintiff was not disabled and therefore not entitled to benefits under the Act is **AFFIRMED**, and that the case is **CLOSED**.

Date:  January 10, 2012                              **JAMES BONINI, CLERK**

                                                By: <u>s/ M. Rogers</u>
                                              Deputy Clerk